B 2100A (Form 2100A) (12/15)

## UNITED STATES BANKRUTPCY COURT
## MIDDLE DISTRICT OF LOUISIANA

In re   JOSEPH MARTINEZ                                    Case No.   21-10103

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association, as Trustee of the LB-Cabana Series IV Trust | U.S. Bank Trust National Association, as Trustee of LB-Igloo Series IV Trust |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Rushmore Loan Management Services
P.O. Box 55004
Irvine, CA 92619-2708

Phone:  888-504-6700
Last Four Digits of Acct.#: 2100

Name and Address where transferee payments should be sent (if different from above):

Rushmore Loan Management Services
P.O. Box 52708
Irvine, CA 92619-2708
Phone: 888-504-6700
Last Four Digits of Acct.#:  2100

Court Claim # (if known): 4
Amount of Claim: $134,399.95
Date Claim Filed:  05/17/2021

Phone:  1-888-504-6700
Last Four Digits of Acct.#: 2100

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/ Ashley L Cutler                           Date:   07/26/2021
      Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.